FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 17 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             2:08-CR-311-RLH (GWF)

ARMEN AMBARTSUMYAN,

    Defendant.

## FINAL ORDER OF FORFEITURE

On February 17, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 982(a)(1); Title 18, United States Code, Section 981(a)(1)(A) and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by Defendant Armen Ambartsumyan to criminal offenses, forfeiting specific property alleged in the Second Superseding Indictment, agreed to in the Plea Memorandum, and shown by the United States to have a requisite nexus to the offense to which defendant Armen Ambartsumyan pled guilty. Docket #272.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 8, 2011, through to April 6, 2011, notifying all known third parties of their right to petition the Court. Docket #305.

1

1     This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3     This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5     THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section
9 982(a)(1); Title 18, United States Code, Section 981(a)(1)(A); Title 18, United States Code, Section
10 981(a)(1)(C); Title 28, United States Code, Section 2461(c); and Title 21, United States Code,
11 Section 853(n)(7) and shall be disposed of according to law:

    a. Sony Brown 42" Lcd Tv, S/N 1050106;
    b. Sony Brown 42" Lcd Tv, S/N 1002050;
    c. Dell Model 1320 Laser Printer, S/N 35rphf1;
    d. Dell Model 1850 Laser Printer, S/N H1c34091;
    e. Acer Laptop, S/N Lxal70x043820001ef2513;
    f. Dell Xps Laptop, S/N 5vg3kd1;
    g. Apple Mac Laptop, S/N W8807f5dop1;
    h. Hp Laptop, S/N 2ce7222m6q;
    i. Mac Book Air, S/N W8813ppuy51;
    j. Miscellaneous Cards, Cables, Remotes, Controllers, Stands;
    k. 3.5 X Drive, Extend Hard drive, S/N 020851;
    l. Apple Tv, S/N 6f8182w04cp;
    m. Wd External Hard Drive, S/N Wxh207674808;
    n. Msr 206 Encoder, S/N A015401;
    o. Psp Portable, S/N Pp865026504-Psp1001;
    p. Psp Portable, S/N At045924040-Psp2001;
    q. Ipod Touch 16 Bg, S/N 1c80167a/4p;
    r. Iphone, S/N 5k81880jwh8;
    s. Iphone, S/N Bcga1241;
    t. Iphone, S/N 5k80247kwh8;
    u. Iphone, S/N 579ca1241;
    v. Sandisk 2 Gb Flashdrive, S/N 2048rb;
    w. Sandisk 4 Gb Flashdrive, S/N 4096rb;
    x. Sandisk 1 Gb Flashdrive, S/N 1024rb;
    y. Pny Attache 1 Gb Flashdrive, No S/N;
    z. Logitech Mx Revolution Thumbdrive, S/N 810-000412;
    aa. Iron Key Thumbdrive, S/N 0140485;

| | | |
|---|---|---|
|1| ab. | Iron Key Thumbdrive, S/N 0140551; |
| | ac. | Dell Xps Tower, S/N 30gzcg1; |
|2| ad. | Playstation 3, S/N Ce124062502-Cecha01; |
| | ae. | Playstation 3, S/N Ce514635354-Cechg01; |
|3| af. | Xbox 360, S/N 311730682105; |
| | ag. | Xbox 360, No S/N; |
|4| ah. | 1 - Xbox 360 Video Game; |
| | ai. | 11 - Playstation 3 Video Games; |
|5| aj. | 6 - Psp Games In Case; |
| | ak. | 35 - Blue Ray Movies; |
|6| al. | Wtj-90a Tipper; |
| | am. | $3,000 Cash (From Gary Ambartsumyan's room); |
|7| an. | $4900 Cash (From Artur Ambartsumyan's room); |
| | ao. | $14,802.63 in Money Gram Money Orders; |
|8| ap. | Mens' Breitling Bentley Watch, S/N A25362; |
| | aq. | Mens' Breitling Bentley Watch; |
|9| ar | counterfeit access device containing unauthorized account information for Visa debit card account in the name of M.V., account number ending in X-4923; |
|10| as. | counterfeit access device containing unauthorized account information for Visa debit card account in the name of G.V., account ending in X-2319; |
|11| at. | counterfeit access device containing unauthorized account information for Visa debit card account in the name of C.D., account ending in X-1918; |
|12| au. | counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-7119; |
|13-14| av. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of J.R., account ending in X-4609; |
|15| aw. | counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account in the name of B.J., account ending in X-1577; |
|16| ax. | counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-8491; |
|17| ay. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6657; |
|18| az. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-9612; |
|19-20| aaa. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of G.S., account ending in X-2034; |
|21| aab. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of C.S., account ending in X-3846; |
|22-23| aac. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of S.K., account ending in X-5010; |
|24| aad. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of E.H., account ending in X-4275; |
|25| aae. | counterfeit access device containing unauthorized account information for Bank |

         of America Visa debit card account in the name of B.W., account ending in X-7341;
- aaf. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-3019;
- aag. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of D.R., account ending in X-4018;
- aah. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-7017;
- aai. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6691;
- aaj. counterfeit access device containing unauthorized account information for Wells Fargo debit card account, number ending in X-4424;
- aak. counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, account number ending in X-7930;
- aal. counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, number ending in X-6110;
- aam. 2008 White BMW M5, VIN WBSNB93548CX09044;
- aan. 2008 Black Mercedes Benz G-500 Wagon, VIN WDCYR49E38X171546;
- aao. 2006 Black Quad Cab Dodge Dakota Truck, VIN 1D7HA18286J185015; and
- aap. an *in personam* criminal forfeiture money judgment of $663,089.35 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __17__ day of __May__, 2011.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE